■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILBUR SIMINGTON, Appellant, v BRION TRAVIS, as Chairman of New York State Division of Parole, et al., Respondents. [726 NYS2d 332] —Appeal unanimously dismissed without costs as moot

(*see, People ex rel. Brown v New York State Div. of Parole*, 262 AD2d 433). (Appeal from Judgment of Supreme Court, Seneca County, Bender, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Burns, JJ.